UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RONALD SAXON,  CIVIL NO. 05-1413 (DSD/JSM)

    Petitioner,

v.  ORDER

STEARNS COUNTY,
STATE OF MINNESOTA,

    Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 25, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Dated: November 15, 2005

                                            s/David S. Doty
                                            DAVID S. DOTY
                                            United States District Court Judge